# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-02427-LTB-OES

AUTUMN ARCHULETA,

       Plaintiff,

v.

ST. VINCENT GENERAL HOSPITAL,

       Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal

With Prejudice (Doc 23 - filed January 17, 2006), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

BY THE COURT:


    s/Lewis T. Babcock
    Lewis T. Babcock, Chief Judge

DATED: January 18, 2006